IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20836
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LEE HOFFMAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR H 96-39-1
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

     Lee Hoffman appeals her guilty-plea conviction for aiding
and abetting and mail fraud, in violation of 18 U.S.C. §§ 2 and
1341, on the grounds that there was an inadequate factual basis
for her plea.  The guilty plea Hoffman entered into with the
Government contained a waiver-of-appeal provision whereby Hoffman
waived her right to appeal her conviction or sentence except as

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

to any upward departure.  We have reviewed the briefs and the record and conclude that the waiver was informed and voluntary and is therefore binding on Hoffman.  Her appeal is without arguable merit and thus frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is dismissed.  See 5TH CIR. R. 42.2.

APPEAL DISMISSED.